The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BARRY THOM, in his official capacity as Regional Administrator of the National Marine Fisheries Service; CHRIS OLIVER, in his official capacity as the Assistant Administrator for Fisheries of the National Marine Fisheries Service; NATIONAL MARINE FISHERIES SERVICE; WILBUR ROSS, JR., in his official capacity as Secretary of the United States Department of Commerce; and UNITED STATES DEPARTMENT OF COMMERCE,<br><br>Defendants.<br>and<br><br>ALASKA TROLLERS ASSOCIATION,<br><br>Intervenor-Defendant Applicant. | No. 2:20-cv-0417-MLP<br><br>**DECLARATION OF AMY DAUGHERTY IN SUPPORT OF UNOPPOSED MOTION TO INTERVENE BY ALASKA TROLLERS ASSOCIATION**<br><br>**NOTING DATE: April 23, 2020** |

I, AMY DAUGHERTY, hereby declare as follows:

1. I have served as the Executive Director of the Alaska Trollers Association (ATA) since June of 2018 after taking a break from "fish politics" for about a decade. Working for trollers brings me to a full circle in my career since I trolled when I was a teenager out of Petersburg. I have worked for many fisheries groups or initiatives throughout the years, but none

DECLARATION OF AMY DAUGHERTY IN SUPPORT OF UNOPPOSED MOTIONTO INTERVENE (2:20-cv-0417-MLP)
Page 1

LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Suite 3600
Portland, OR 97201
Tel: (503) 224-4100                    43V7232

as challenging as this post with ATA. The trollers have endured a near non-stop succession of cuts and bad news, yet they are crucial to the economies of small coastal communities throughout Southeast Alaska. They hold on to their way of life, despite the obvious trend. A graph depicting those cuts in the harvest of Chinook salmon in our fishery over the documented history of the Alaska troll fishery shows that last year's catch was our lowest ever is attached hereto and marked as Exhibit "A" and illustrates the dramatic decline. Both the Power Troll and hand troll permits were limited in number since 1975 and 1983, respectively. Our low-impact family fishery is the backbone of the Southeast Alaska economy: there are 961 Power Troll permits allowed through the Alaska Commercial Fisheries Entry Commission and 82% are owned by Alaska residents.

2. The Alaska Trollers Association (ATA) is an Alaska-based non-profit commercial industry trade organization with its place of business in Juneau, Alaska. We were first organized in 1925, almost 100 years ago. We currently have over 350 members, all of whom participate in and derive their economic livelihood from the Southeast Alaska salmon troll fishery. Collectively, our members represent approximately 40% of the Southeast Alaska salmon power troll fishery. They are both men and women and women participants in our fishery are increasing. The troll fishery supports thousands of Southeast Alaska jobs, which are essential to the survival of southeast Alaska's coastal communities and those communities are dependent upon this fishery for their economic livelihood. That will be especially true this year because the other large contributor to many of the economies of Southeast Alaska's coastal communities is tourism and that will be significantly impacted by the corona virus pandemic. It is my understanding that all cruise ships have cancelled their trips to Alaska's waters this summer.

3. I have attached a copy of my resumé to my declaration and it is marked as Exhibit "B". In addition to my work in fisheries over the years, including in my present capacity as Executive Director of the Alaska Trollers Association, I hold a Bachelor of Arts degree in Business from the University of Alaska at Juneau, and a Master's degree in Business

DECLARATION OF AMY DAUGHERTY IN SUPPORT OF
UNOPPOSED MOTIONTO INTERVENE (2:20-cv-0417-MLP)
Page 2

LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Suite 3600
Portland, OR 97201
Tel: (503) 224-4100          43V7232

Administration in Marketing from the University of Portland. I have significant experience working in representation of commercial fisheries throughout the State of Alaska and I previously worked as a commercial salmon troller in Southeast Alaska in Petersburg and Juneau between 1978 and 1980.

4. I attend and participate in North Pacific Fishery Management Council and the Alaska Board of Fisheries proceedings when they apply to our salmon fishery. Other members of the Alaska Trollers Association participate in work group meetings in these forums and the Pacific Salmon Commission, including the treaty negotiations that resulted in the newly executed 2019 Pacific Salmon Treaty.

5. Alaska Trollers Association has always supported conservation. It would be foolish if we didn't. Our membership and board recognize that we rely on the sustainability of the Chinook and other species of salmon. Our Chinook catch is about half the trollers' annual income. The ATA mission statement reflects our values of conservation: "To promote and protect the Alaska troll fishery and to support sound management and conservation."

6. We actively work with Save Our Wild Salmon, an environmental group that takes a strong protective stance on salmon habitat in the Pacific Northwest. Recently, I telephonically testified on the Columbia River Systems Operation Draft Environmental Impact Statement (DEIS) in support of restoring a free-flowing Snake River and restoring its habitat.

7. In my tenure with ATA we also proudly supported the extension of the Roadless Rule protections throughout Southeast Alaska's Tongass National Forest, our nation's largest national forest, despite political pressure to stand down on this matter. We were and are unwilling to support relaxing local fish habitat protections.

8. ATA employs only one staff, and, as such, our range of tasks is limited. Nevertheless, we are very concerned with protecting marine mammals in our waters and in any capacity as Executive Director have very actively participated in an ad-hoc group entitled the Sea Lion Avoidance Working Group with NMFS and the Alaska Department of Fish and Game

DECLARATION OF AMY DAUGHERTY IN SUPPORT OF
UNOPPOSED MOTIONTO INTERVENE (2:20-cv-0417-MLP)
Page 3

LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Suite 3600
Portland, OR 97201
Tel: (503) 224-4100                43V7232

(ADFG) marine mammal personnel in order to deter Stellar Sea Lion interactions. In fact, we have jointly applied for an experimental grant for this purpose.

9. The ATA participates in and supports Salmon Beyond Borders, a campaign comprised of sport and commercial fishers, community leaders, tourism and recreation business owners and concerned citizens in collaboration with Tribes and First Nations working across the Alaska (U.S.) and British Columbia (Canada) border to defend our "transboundary rivers" as well as the jobs and way of life they sustain. Salmon Beyond Borders works to deter large-scale mining and industrialization in northern British Columbia that poses threats to the "transboundary" Taku, Stikine, and Unuk Rivers, all of which support large, native salmon populations.

10. We also participate in and support SalmonState, which seeks to preserve Alaska's wild salmon and wild salmon habitat, and the GE Fish Coalition, which seeks to fight the genetic modification of salmon.

11. ATA members have consistently demonstrated a strong marine resource conservation ethic and determined to reduce potential conflicts between our commercial activities and non-marine wildlife including marine mammals. I and our members also derive significant recreational, scientific, aesthetic, and other personal benefits from the existence of Alaska's abundant wild marine resources, including whales, for observation, photography, and study, as well as for aesthetic enjoyment.

12. Because we are supported by dues from our members, the relief sought by the Plaintiff in this lawsuit, to prohibit fishing in the EEZ off Alaska beginning July 1, 2020, will have a substantially detrimental impact on the ATA and its membership. It will substantially reduce the salmon harvest of our members and their businesses and, in turn, adversely affect their ability to pay their dues to this organization. In fact, because of substantial reductions in salmon harvest over the last couple of years, especially Chinook, our viability as an organization has become stressed. There is no question that the relief sought by the Plaintiff, if granted, in

DECLARATION OF AMY DAUGHERTY IN SUPPORT OF UNOPPOSED MOTION TO INTERVENE (2:20-cv-0417-MLP)
Page 4

LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Suite 3600
Portland, OR 97201
Tel: (503) 224-4100          43V7232

this matter will significantly adversely impact the viability and well-being of the Alaska Trollers Association.

13. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of April 2020, in Juneau, Alaska.

*AMY DAUGHERTY*

DECLARATION OF AMY DAUGHERTY IN SUPPORT OF
UNOPPOSED MOTION TO INTERVENE (2:20-cv-0417-MLP)
Page 5

LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Suite 3600
Portland, OR 97201
Tel: (503) 224-4100

43V7232



SE Alaska Commerical Troll Chinook Catch

2017-2019: Lowest 3 years since at least 1911

Data Sources: 1911-1959: Completion report for a Study of Chinook Salmon in Southeast Alaska 1977 by Paul Kissner, ADF&G
1960-2018: Annual Management Report for the 2018 Southeast Alaska/Yakutat Salmon Troll Fisheries by Hagerman etal, ADF&G
2019: Estimate based on sum of winter, spring and summer catches as reported on https://www.adfg.alaska.gov/index.cfm?
   adfg=commercialbyareasoutheast.salmon#harvest as of Sept 19, 2019
Note that for 1911-1978 Catch is by Calender Yr: Catch is by troll season for 1980-2019

# AMY M DAUGHERTY
9760 Ninemile Creek Road, Juneau, AK 99801
907.723.2244
amymasser@gmail.com

## EDUCATION
**MBA,** Marketing, University of Portland, Portland, OR, 1991
**BBA,** Management, University of Alaska, Juneau, AK, 1986

## PROFESSIONAL EXPERIENCE

**Executive Director**, Alaska Trollers Association, Juneau, AK     June 2018 - present
- Strategy and issue advocacy on behalf of the commercial troll fleet with stakeholders.
- Representation and education to the Governor's appointees and legislature.
- All administrative responsibilities and membership maintenance.
- Board elections and communications.

**Lab Manager,** Bureau Veritas NA, Juneau, AK     March 2015 – May 2018
- All operational responsibilities of a rock sample prep lab including human resources, inventory and production.
- Oversee and promote a safe and positive work environment within multinational corporate constraints.
- Maintain excellent client relations and status communications.
- Personnel hired was more than 90% Lemon Creek jail felons.

**Contractual Development Consultant & Grant Writer**, Tribal Energy Department of CCTHITA, Metlakatla Indian Community, Archipelago Marine Energy, etc     2009 - 2012
- Creatively solved match requirements, built budgets and partnerships to get green energy projects moving.
- Researched and analyzed funding opportunities according to community needs and energy resources.
- Wrote grants and liaised with federal agencies on technical resource, lands and energy topics.

**Government Relations Consultant / Lobbyist**, Amy Daugherty & Co., Juneau, Alaska     1999 – 2008
- Analyzed and interpreted complex state and federal proposals and made recommendations to clients.
- Planned strategy for successful passage of fisheries, mental health, energy and design legislation.
- Promoted goals and interests of businesses and associations in best public relations light.
- Prepared presentations, speeches and education materials for specific audiences.
- Ushered prioritized budget items through the State processes.
- Alaska registered lobbyist 1999 through 2005: 2006 - 2008 lobbied NPFMC only.

**Legislative Aide**, Alaska Representative Alan Austerman, Chairman, Juneau, AK     1995 – 1999
- Coordinated and conferred with diverse politicians, administration officials and interest group representatives.
- Planned strategy for successful passage of fisheries resource legislation and prioritized budget items.
- Planned and structured committee meetings, often involving controversial issues.
- Wrote press releases, speeches and interfaced media.
- Testified on legislation in hearings.

**Legislative Assistant**, Alaska Representative Harley Olberg, Juneau, AK     1993 – 1994
- Served as committee secretary on House Community and Regional Affairs committee and FISH caucus aide.
- Office administration including phone coverage and constituent correspondence.
- Researched and analyzed legislative issues, policies and programs.
- Ensured positive community relations.

**Administrative Coordinator III**, Division of Elections, State of Alaska, Juneau, AK     1992
- Provided public education regarding Alaska's first closed primary.
- Performed budget work and contract maintenance.
- Drafted, developed and placed media statewide.
- Drafted and processed emergency regulations.

**Trolling out of Petersburg and Juneau**     1978 - 1980

EXHIBIT "B"
Page 1 of 1

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2020, I served the foregoing DECLARATION OF AMY DAUGHERTY IN SUPPORT OF UNOPPOSED MOTION TO INTERVENE BY ALASKA TROLLERS ASSOCIATION on the following individual(s):

Brian A. Knutsen
Kampmeier & Knutsen, PLLC
221 SE 11th Avenue, Suite 217
Portland, OR 97214
Tel: (503) 841-6515
Email: brian@kampmeierknutsen.com

Eric A. Lindberg
Corr Cronin, LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Tel: (206) 625-8600
Email: elindberg@corrcronin.com

Paul A. Kampmeier
Kampmeier & Knutsen, PLLC
811 First Avenue, Suite 468
Seattle, WA 98104
Tel: (206) 858-6983
Email: paul@kampmeierknutsen.com

Frederick H. Turner
Trial Attorney, U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
4 Constitution Square, 150 M Street NE
Washington, DC 20002
Tel: (202) 305-0641/(202) 532-3076 (mobile)
Email: frederick.turner@usdoj.gov

Carter Howell
US Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
c/o US Attorney's Office
1000 SW 3rd Avenue, Suite 600
Portland, OR 97204
Tel: (503) 727-1023
coby.howell@usdoj.gov

☒ by the Court's CM/ECF system to the email addresses listed above
☐ by facsimile pursuant to the fax numbers listed above
☐ by email to the email addresses listed above
☐ by overnight delivery to the addresses listed above
☐ by first class mail to the addresses listed above.

*s/ Kathy Baker*
Kathy Baker, Legal Assistant to Thane W. Tienson
Attorneys for Intervenor-Defendant Applicant
Alaska Trollers Association

Page 1 - CERTIFICATE OF SERVICE