The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BARRY THOM, in his official capacity as Regional Administrator of the National Marine Fisheries Service; CHRIS OLIVER, in his official capacity as the Assistant Administrator for Fisheries of the National Marine Fisheries Service; NATIONAL MARINE FISHERIES SERVICE; WILBUR ROSS, JR., in his official capacity as Secretary of the United States Department of Commerce; and UNITED STATES DEPARTMENT OF COMMERCE,<br><br>Defendants.<br>and<br><br>ALASKA TROLLERS ASSOCIATION,<br><br>Intervenor-Defendant Applicant. | No. 2:20-cv-0417-MLP<br><br>**DECLARATION OF TAD FUJIOKA IN SUPPORT OF UNOPPOSED MOTION TO INTERVENE BY ALASKA TROLLERS ASSOCIATION**<br><br>**NOTING DATE: April 23, 2020** |

I, TAD FUJIOKA, hereby declare as follows:

1. I submit this declaration in support of the Alaska Trollers Association's Motion for Intervention in this case. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. I am a commercial salmon troller, which means that I use hook and line gear

DECLARATION OF TAD FUJIOKA IN SUPPORT OF
UNOPPOSED MOTION TO INTERVENE (2:20-cv-0417-MLP)
Page 1

LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Suite 3600
Portland, OR 97201
Tel: (503) 224-4100          43V7230

rather than nets to harvest the highest quality salmon for U.S. seafood consumers. I live in Sitka, Alaska. My address is: 214 Shotgun Alley, Sitka AK. I also have a Bachelor of Science degree in Engineering and Applied Sciences from the California Institute of Technology (Caltech) and an extensive background in data analysis.

3. I am Vice President of the Board of the Alaska Trollers Association, an Alaska non-profit corporation that is classified by the Internal Revenue Service as a tax-exempt business. The Alaska Trollers Association includes professional salmon trollers and numerous Southeast Alaska businesses that support and depend on the salmon troll fishery.

4. The Alaska Trollers Association has members who troll for Chinook during all times of year that it is legal to do so. Recently, Chinook trolling has been allowed in parts or all of 10 months out of the year. Chinook is the only target species of the Alaska winter troll fishery from October 11 through March 15, and the primary target species in both the May 1 to June 30 spring fishery, and during the two shorter openings in July and August.

5. The Alaska Trollers Association's mission is to preserve, promote and perpetuate our Alaska fishing industry. We work for conservation, responsible management and public policy and safety at sea. Alaska Trollers Association has represented trollers since 1925.

6. I am also a Member of the Board of Directors of the Seafood Producers Cooperative. The Seafood Producers Cooperative is a fisher-owned company founded in 1944 that now has approximately 550 members. In 1979, the Seafood Producers Cooperative purchased a seafood processing plant in Sitka and we now employ roughly 100 residents, most of whom live in Sitka in processing, operations, and office staff. Many of these are year-round jobs.

7. Seafood Producers Cooperative markets hook-and-line caught fish and has a national and international reputation for quality, sustainability, and stewardship. Alaskan troll-caught Chinook is one of our keystone products. It has accounted for 12%-19% of our annual sales over the past six seasons. The value of our Chinook products extends well beyond direct sales – as a premium restaurant quality fish, it also enables us to attract customers to other

DECLARATION OF TAD FUJIOKA IN SUPPORT OF
UNOPPOSED MOTION TO INTERVENE (2:20-cv-0417-MLP)
Page 2

LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Suite 3600
Portland, OR 97201
Tel: (503) 224-4100                    43V7230

premium seafood products.

8. In addition to my roles as Alaska Trollers Association Vice President and Seafood Producers Cooperative Director, I participate in State of Alaska fishery management processes. I am a member and past chairman of the Sitka Fish & Game Advisory Committee, which among other things provides advice to the Alaska Board of Fisheries on harvest, management, and allocation of Alaska's fishery resources. My multiple responsibilities as an involved resource stakeholder require me to regularly review sales and marketing data, Alaska Department of Fish and Game management reports and research, and other materials related to the value, ecology, and harvest of Chinook salmon.

9. I have been a commercial troller since 2010 and own and operate my fishing vessel, the F/V Sakura. I typically troll for Chinook salmon in May, June, July, and August. I sometimes employ a crew member and other times operate the vessel singlehandedly.

10. I fish as much as possible each year depending on fluctuations in abundance, which control the numbers of harvestable salmon. I plan to fish the 2020 season and for the foreseeable future so long as harvest opportunities exist.

11. During my troll season, I typically target three salmon species: Chinook salmon, coho salmon and chum salmon, each of which has comprised about one-third of my historic ex-vessel troll income. The Chinook salmon that I harvest is a mix of wild stocks and hatchery produced fish that spawn or are reared in Alaska, British Columbia, and the Pacific Northwest. Coho salmon in Alaska are mostly wild fish spawning in southeast Alaska with a significant hatchery component. Our chum fisheries rely primarily on hatchery production. The abundance and prices for these three species can fluctuate significantly from year to year, meaning that adequate opportunities to harvest all three species are essential to the viability of my business.

12. The ability to harvest salmon is critical to my ability to earn a living as a commercial fisher and support my family, including my two children. Salmon are also critical to my community of Sitka and its culture, as well as other southeast Alaska communities and native

DECLARATION OF TAD FUJIOKA IN SUPPORT OF
UNOPPOSED MOTION TO INTERVENE (2:20-cv-0417-MLP)
Page 3

LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Suite 3600
Portland, OR 97201
Tel: (503) 224-4100          43V7230

villages where fishing is one of the few main economic opportunities for most residents.

13. Because many stocks and species of salmon harvested by our fleet intermingle at sea, the types of major fisheries closures requested by the Wild Fish Conservancy could result in the closure or restriction of many other salmon fisheries just to prevent accidental catch of Chinook. Fishery closures would threaten thousands of salmon-dependent coastal jobs, threatening the livelihoods of Alaska Trollers Association fishers, both men and women, and business members, and the economic viability of our coastal communities.

14. Over the past two decades, between 900 and 1,100 power and hand troll permitholders fish in southeast Alaska in any given year. Power trollers are the largest sector of the fleet and typically catch more fish per vessel. Importantly, Alaska residents typically account for well over 80 percent of the harvest value. My own community of Sitka is particularly dependent on the salmon troll fishery, accounting for 40 percent of the Alaska resident harvest.

15. Our fleet provides between 12 million and 24 million pounds of salmon to seafood lovers around the world each year. Chinook salmon is the most economically valuable of the salmon species, fetching prices ranging between $5 and nearly $9 a pound over the past decade. Nearly all power trollers rely on access to Chinook salmon fisheries for their livelihood in the troll fishery. Chinook salmon, on average, represented 46 percent of the troll fleet's ex-vessel earnings between 2014 and 2018. In 2015 and 2016, Chinook salmon comprises over half of our fishery value. These numbers show that our fishery would fail without access to Chinook salmon.

16. The Alaska Trollers Association's interests make it necessary for the Court to grant this motion to intervene. Defendants National Marine Fisheries Service and the Department of Commerce are federal regulators of our nation's fisheries, not active participants. Intervention is necessary so that the Alaska Trollers Association can protect its own interests, both economic and legal, the interests of commercial fishing families, and the interests of southeast Alaska

DECLARATION OF TAD FUJIOKA IN SUPPORT OF
UNOPPOSED MOTION TO INTERVENE (2:20-cv-0417-MLP)
Page 4

LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Suite 3600
Portland, OR 97201
Tel: (503) 224-4100                    43V7230

coastal communities and fishery supported businesses that could experience significant direct and indirect impacts depending on the outcome of this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of April 2020, in Sitka, Alaska.

_____
TAD FUJIOKA

DECLARATION OF TAD FUJIOKA IN SUPPORT OF
UNOPPOSED MOTION TO INTERVENE (2:20-cv-0417-MLP)
Page 5

LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Suite 3600
Portland, OR 97201
Tel: (503) 224-4100

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2020, I served the foregoing DECLARATION OF TAD FUJIOKA IN SUPPORT OF UNOPPOSED MOTION TO INTERVENE BY ALASKA TROLLERS ASSOCIATION on the following individual(s):

Brian A. Knutsen
Kampmeier & Knutsen, PLLC
221 SE 11th Avenue, Suite 217
Portland, OR 97214
Tel: (503) 841-6515
Email: brian@kampmeierknutsen.com

Paul A. Kampmeier
Kampmeier & Knutsen, PLLC
811 First Avenue, Suite 468
Seattle, WA 98104
Tel: (206) 858-6983
Email: paul@kampmeierknutsen.com

Eric A. Lindberg
Corr Cronin, LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Tel: (206) 625-8600
Email: elindberg@corrcronin.com

Frederick H. Turner
Trial Attorney, U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
4 Constitution Square, 150 M Street NE
Washington, DC 20002
Tel: (202) 305-0641/(202) 532-3076 (mobile)
Email: frederick.turner@usdoj.gov

Carter Howell
US Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
c/o US Attorney's Office
1000 SW 3rd Avenue, Suite 600
Portland, OR 97204
Tel: (503) 727-1023
coby.howell@usdoj.gov

☒ by the Court's CM/ECF system to the email addresses listed above
☐ by facsimile pursuant to the fax numbers listed above
☐ by email to the email addresses listed above
☐ by overnight delivery to the addresses listed above
☐ by first class mail to the addresses listed above.

*s/ Kathy Baker*
Kathy Baker, Legal Assistant to Thane W. Tienson
Attorneys for Intervenor-Defendant Applicant
Alaska Trollers Association

Page 1 -  CERTIFICATE OF SERVICE