UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>            Plaintiff,<br><br>   v.<br><br>BARRY THOM, et al,<br><br>            Defendant,<br><br>    and<br><br>ALASKA TROLLERS ASSOCIATION,<br><br>            Defendant-Intervenor. | Case No. C20-417-RAJ-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

Oral argument is scheduled in this matter for May 28, 2020, at 10 a.m. The Deputy Clerk will reach out to the parties to set up the remote hearing and will post call-in details for the public on the Court's website.

The scope of oral argument will concern the Court's jurisdiction to issue Plaintiff's requested relief. Specifically, the Court requests oral argument concerning: (1) the applicability

MINUTE ORDER - 1

of the Magnuson-Stevens Fishery and Conservation Management Act ("Magnuson-Stevens Act") to Plaintiff's Motion for Preliminary Injunction; (2) the effect of the Magnuson-Stevens Act's 30-day limitations period under 16 U.S.C. § 1855(f) for judicial review on the instant matter; and (3) the issue of Plaintiff's organizational and representational standing in this action.

Dated this 22nd day of May, 2020.

William M. McCool  
Clerk of Court

By: Tim Farrell  
Deputy Clerk

MINUTE ORDER - 2