UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>                    Plaintiff,<br><br>   v.<br><br>BARRY THOM, et al.,<br><br>                    Defendants,<br><br>  and<br><br>ALASKA TROLLERS ASSOCIATION,<br><br>                    Defendant-Intervenor. | Case No. C20-417-RAJ-MLP<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

    (1)    The Report and Recommendation is approved and adopted;

    (2)    Plaintiff's Motion for Preliminary Injunction is DENIED; and

    (3)    The Clerk is directed to send copies of this Order to the parties.

ORDER - 1

DATED this _____ day of _____, 2020.

_____
RICHARD A. JONES
United States District Judge

ORDER - 2