UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BARRY THOM, et al.,<br><br>　　　　　　　　Defendants,<br><br>　　and<br><br>ALASKA TROLLERS ASSOCIATION,<br><br>　　　　　　　Defendant-Intervenor. | Case No. C20-417-RAJ-MLP<br><br>ORDER |

　　　This matter is before the Court on Plaintiff's Motion to Expedite. (Dkt. # 57.) Plaintiff moves for expedited review of this case, pursuant to 16 U.S.C. § 1855(f)(4), to the extent the Court determines that the Magnuson-Stevens Act Fishery and Conservation Management Act's ("Magnuson-Stevens Act") judicial review provision applies to these proceedings. (*Id.* at 1.) Defendants' respond that they take no position on the timing of the Court's adjudication of this case, but that they disagree with Plaintiff's characterization of how the Magnuson-Stevens Act applies in this case. (Dkt. # 61 at 2-3.)

　　　The judicial review provision of the Magnuson-Stevens Act provides that: "Upon a

ORDER - 1

motion by the person who files a petition under this subsection, the appropriate court shall assign the matter for hearing at the earliest possible date and shall expedite the matter in every possible way." 16 U.S.C. § 1855(f)(4). However, any ruling by this Court regarding 16 U.S.C. § 1855(f)(4) would be premature prior to the Honorable Richard A. Jones' ruling on this Court's previously filed Report and Recommendation (dkt. # 51), which found that the judicial review provision of the Magnuson-Stevens Act was applicable in this action. (*See id.* at 15-16, 18.)

Accordingly, the Court STRIKES Plaintiff's Motion to Expedite without prejudice. Plaintiff is instructed to refile this motion once Judge Jones has ruled on the Court's previously submitted Report and Recommendation. The motion shall be noted as a second Friday motion pursuant to LCR 7. The Clerk is directed to send copies of this Order to the parties and to Judge Jones.

Dated this 10th day of November, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2