UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILD FISH CONSERVANCY, Plaintiff,

v.

BARRY THOM, et al.,

          Defendants, and

ALASKA TROLLERS ASSOCIATION,

          Defendant-Intervenor.

Case No. C20-417-RAJ-MLP

ORDER

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections and responses thereto, and the remaining record, hereby finds and ORDERS as follows:

    (1)    The Report and Recommendation is approved and adopted;

    (2)    Plaintiff's Motion for Preliminary Injunction (Dkt. #14) is DENIED; and

    (3)    The Clerk is directed to send copies of this Order to the parties.

DATED this 1st day of March, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1