HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>    Plaintiff,<br><br>v.<br><br>BARRY THOM, *et al.*,<br><br>    Defendants,<br><br>and<br><br>ALASKA TROLLERS ASSOCIATION,<br><br>    Defendant-Intervenor. | Case No. C20-417-RAJ-MLP<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE<br><br>Noting Date: March 12, 2021 |

The Court, having reviewed the Stipulated Motion to Amend Briefing Schedule, and good cause appearing, hereby ORDERS that:

Wild Fish Conservancy will file its Motion for Summary Judgment on May 5, 2021. The other deadlines as set forth in this Court's July 7, 2020 Order, Dkt. No. 60, remain the same.

\\

\\

ORDER GRANTING STIPULATED MOTION TO AMEND
BRIEFING SCHEDULE -- 1

Case No. C20-417-RAJ-MLP

**NORTHWEST RESOURCE LAW PLLC**
101 Yesler Way, Suite 205
Seattle, WA 98104
206.971.1564

DATED this 12th day of March, 2021.

*signature*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:
NORTHWEST RESOURCE LAW PLLC

*/s/ Douglas J. Steding*
Douglas J. Steding, WSBA #37020
dsteding@nwresourcelaw.com
206.971.1567
Lisa Chaiet Rahman, WSBA #51531
lrahman@nwresourcelaw.com
206.971.1568

*Attorneys for Defendant-Intervenor*

KAMPMEIER & KNUTSEN

*/s/ Brian A. Knutsen (via email authorization)*
Brian A. Knutsen, WSBA #38806
Emma Bruden, WSBA #56280
1300 SE Stark St., Ste. 202
Portland, OR 97214
503.841.6515

Paul Kampmeier, WSBA #31560
KAMPMEIER & KNUTSEN
811 First Ave., Ste. 468
Seattle, WA 98104
206.858.6983

Eric A. Lindberg, WSBA #43596
Benjamin C. Byers, WSBA #52299
CORR CRONIN, LLP
1001 4th Ave., Ste. 3900
Seattle, WA 98154-1051
206.625.8600

*Attorneys for Plaintiff*

ORDER GRANTING STIPULATED MOTION TO AMEND
BRIEFING SCHEDULE -- 2

Case No. C20-417-RAJ-MLP

**NORTHWEST RESOURCE LAW PLLC**
101 Yesler Way, Suite 205
Seattle, WA 98104
206.971.1564

U.S. DEPARTMENT OF JUSTICE

*/s/ Frederick H. Turner (via email authorization)*
FREDERICK H. TURNER
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0641
Fax: (202) 305-0275
Email: frederick.turner@usdoj.gov

COBY HOWELL
Senior Trial Attorney
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, Oregon 97204-2902
Tel: (503) 727-1023 | Fax: (503) 727-1117
Email: Coby.Howell@usdoj.gov

*Attorneys for Defendants*

ORDER GRANTING STIPULATED MOTION TO AMEND
BRIEFING SCHEDULE -- 3

Case No. C20-417-RAJ-MLP

NORTHWEST RESOURCE LAW PLLC
101 Yesler Way, Suite 205
Seattle, WA 98104
206.971.1564