UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BARRY THOM, *et al.*,<br><br>　　　　　　　　Defendants,<br><br>　and<br><br>ALASKA TROLLERS ASSOCIATION, *et al.*,<br><br>　　　　　　　　Defendant-Intervenors. | Case No. C20-417-RAJ-MLP<br><br>ORDER GRANTING UNOPPOSED MOTION TO INTERVENE BY STATE OF ALASKA |

　　　This matter comes before the Court upon the State of Alaska's Motion to Intervene ("State's Motion"). (Dkt. # 75.) Based on the State's Motion, and because none of the parties oppose the State of Alaska's intervention in this matter (*see* dkt. ## 81-83), the Court finds the State of Alaska is entitled to intervene in this action pursuant to Federal Rule of Civil Procedure 24(a)(2). Accordingly, it is hereby ORDERED that:

　　　(1)　The State's Motion (dkt. # 75) is GRANTED. The State of Alaska shall be made Defendant-Intervenor in this action;

ORDER GRANTING UNOPPOSED MOTION
TO INTERVENE BY STATE OF ALASKA - 1

(2) The State of Alaska shall electronically file its Answer to Plaintiff's Complaint within **seven (7)** court days from the date of the signing of this Order;

(3) The State of Alaska shall comply with the current briefing schedule (dkt. # 79), the previously established page limitations schedule (dkt. # 60), and shall file its briefs concurrently under the same deadlines and page limitations applicable to Defendant-Intervenor Alaska Trollers Association; and

(4) The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones.

Dated this 30th day of March, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION
TO INTERVENE BY STATE OF ALASKA - 2