HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILD FISH CONSERVANCY,

    Plaintiff,

v.

BARRY THOM, *et al.*,

    Defendants,

and

ALASKA TROLLERS ASSOCIATION; and STATE OF ALASKA,

    Defendant-Intervenors.

Case No. 2:20-cv-00417-RAJ-MLP

SECOND DECLARATION OF BRIAN A. KNUTSEN

I, Brian A. Knutsen, declare the following on the basis of personal knowledge to which I am competent to testify:

1. I am co-counsel for Plaintiff Wild Fish Conservancy ("Conservancy") in this litigation;

2. On Wednesday, April 28, 2021, I held a telephonic meeting with counsel for all parties to this litigation to confer on Plaintiff's Motion for Summary Judgment. Participants to

SECOND KNUTSEN DECLARATION - 1
Case No. 2:20-cv-00417-RAJ-MLP

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600

the conferral were: for the Conservancy, Eric Lindberg, Emma Bruden, Jessica Durney, and myself; for Federal Defendants Barry Thom, et al. (collectively, "NMFS"), Frederick Turner; for Defendant-Intervenor Alaska Trollers Association, Douglas Steding; and for Defendant-Intervenor the State of Alaska, Aaron Peterson. The conferral included a discussion of the liability issues to be addressed in Plaintiff's Motion for Summary Judgment and the relief to be requested. Counsel for NMFS, for Defendant-Intervenor Alaska Trollers Association, and for Defendant-Intervenor the State of Alaska have indicated that their clients oppose the motion.

3. Attached hereto as Exhibit 1 is a true and accurate copy of a document provided to me by NMFS in response to a request for public records submitted under the Freedom of Information Act seeking, *inter alia*, documents related to NMFS's funding and/or proposed funding of new and/or increased hatchery production in an effort to benefit Southern Resident Killer Whales as described in the 2019 SEAK BiOp;

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of May, 2021 at Portland, Oregon.

                    s/ Brian A. Knutsen
                    Brian A. Knutsen, WSBA No. 38806

SECOND KNUTSEN DECLARATION - 2
Case No. 2:20-cv-00417-RAJ-MLP

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600

# EXHIBIT 1

# Hatchery Production Initiative for Southern Resident Killer Whales
# FY20 Report
January 8, 2021

**Introduction**

The Pacific Salmon Treaty (PST) provides a framework for the United States and Canada to cooperate on the management of Pacific salmon. A high degree of cooperation is required to prevent overfishing, provide optimum production, and ensure that each country receives benefits that are equivalent to the production of salmon in its waters. The United States and Canada have negotiated treaty agreement provisions for the period of 2019-2028, and the National Marine Fisheries Service (NMFS) has completed three biological opinions, which evaluate the effects of domestic actions associated with implementing the new agreement on species listed under the Endangered Species Act (NMFS 2019). These biological opinions address fisheries in Southeast Alaska, the Pacific Fishery Management Council ocean salmon fisheries, and Puget Sound fisheries.

The proposed action and environmental baseline analyzed in the biological opinions includes funding to increase hatchery production to provide prey for endangered Southern Resident killer whales (SRKW). The Southeast Alaska biological opinion describes the action as follows:

> "A preliminary design of the SRKW hatchery production program was developed, and is described below, in order to provide cost estimates and further definition for how the program should be designed and implemented to achieve the "meaningful increase" in prey availability that is intended. The preliminary design should be used as a benchmark for evaluating the program that will presumably be funded and implemented. However, there is flexibility to adjust the design to account for new information so long as the key objective of the program is met. By key objective we focus in particular on the intention to increase prey availability by 4-5 percent in areas that are most important to SRKWs as described below.

> The new production should be distributed broadly to supplement prey abundance in Puget Sound in the summer and offshore areas in the winter, times and areas that have been identified as most limiting. The hatchery production program would operate each year at a cost of no less than $5.6 million per year including an adjustment for administrative overhead. The goal of the hatchery production initiative for supplementing prey abundance is to provide a "meaningful" increase in the abundance of age 3-5 Chinook salmon in the times and areas most important to SRKWs. It would be prioritized to increase abundance in inside areas (Puget Sound) in the summer and outside areas (coastal) during the winter where we believe prey abundance is most limiting (Dygert et al. 2018). For the estimated cost per year an additional 20 million Chinook salmon smolts could be expected. Five or six million smolts should come from facilities in Puget Sound with the remainder from the Washington coast and Columbia River. This disproportionate distribution results from the fact that the abundance of Chinook salmon in the ocean is about three times higher than it is in the Puget Sound. Increasing production by 20 million smolts with the above described distribution is expected to increase prey abundance by 4-5 percent in inside areas in the summer and coastal areas in the winter (Dygert et al. 2018).

> "For purposes of this analysis, we assume that funding for the conservation program for Puget Sound Chinook salmon and SRKW will be forthcoming largely as described and the program will be implemented during the duration of the new Chinook salmon regime as proposed. The benefits from reduction in harvest in SEAK and other fisheries resulting from the new PST Agreement will be effective immediately. However, it is important to note that the effects assumed in the analysis related to the funding initiative will not take place for at least four to five years into the

future as funding is attained, fish from the conservation hatchery programs reach maturity in the oceans and productivity improvements are realized from the habitat mitigation. We recognize that there is a degree of uncertainty regarding whether Congress will provide the funding, in whole or in part, that was agreed to by the U.S. Section in a timely manner. In the event the required funding is not provided in time for actions to take effect during the agreement, or if the anticipated actions are not otherwise implemented through other means (e.g., non-fishing related restoration activities, other funding sources) this may constitute a modification to the proposed action that could result in effects on Puget Sound Chinook salmon and SRKW not considered in this opinion. If this was answered in the affirmative, reinitiation of consultation would therefore be required. See 50 CFR section 402.16(c). We expect this opinion and ITS to remain in place during the interim should reinitiation occur."

**Washington State Funding for SRKW Prey**

In response to recommendations from the Washington State Southern Resident Killer Whale Task Force (2018), the Washington State Legislature provided ~$13 million of funding "prioritized to increase prey abundance for southern resident orcas" (Engrossed Substitute House Bill 1109) for the 2019-2021 biennium (July 2019 through June 2021). In 2020, over 10.8 million additional hatchery-origin Chinook salmon were released to augment the SRKW prey base. More than 10.1 million additional hatchery-origin Chinook salmon are anticipated for release in 2021 (Table 1).

**PST Implementation Funding for SRKW Prey**

The U.S. Commissioners allocated $5.6 million of the PST federal appropriation for FY20 that would complement the state funded hatchery production. Of this $5.6 million, $738,509 was reserved by NMFS for administrative costs and the remainder was available for grants.

Proposals for new hatchery production and associated infrastructure were solicited from the Treaty tribes of western Washington and the Columbia River Basin, U.S. Fish and Wildlife Service, Washington Department of Fish and Wildlife, Oregon Department of Fish and Wildlife, and other operators of hatchery programs in the region. The following criteria were used to prioritize funding for candidate programs:

- Criteria 1: Increased hatchery production should be for Chinook stocks that are a high priority for SRKW (NMFS and WDFW 2018; Ad-hoc SRKW Workgroup 2020)

- Criteria 2: Increased production should be focused on stocks that are a high priority for SRKW (NOAA and WDFW 2018), but funding should be distributed so that hatchery production is increased across an array of Chinook stocks from different geographic areas and run timings (i.e., a portfolio)

- Criteria 3: Increased production cannot jeopardize the survival and recovery of any ESA-listed species, including salmon and steelhead

- Criteria 4: Because of funding and timing constraints, increased production proposals should not require major capital upgrades to hatchery facilities

- Criteria 5: All proposals should have co-manager agreement, as applicable

- Criteria 6: All increased production must be reviewed under the ESA and NEPA, as applicable, before NMFS funding can be used

In addition, funding was prioritized for programs located on the Washington Coast or Columbia River rather than in Puget Sound. This reflects that hatchery production newly funded by Washington State resulted in an increase in Puget Sound Chinook production that approximated the NMFS guidance for

regional distribution of the production in the biological opinion, while a gap remained for the Washington Coast and Columbia River[1].

Table 2 describes the hatchery programs that were funded in FY20 with PST funds. This production is in addition to the hatchery production funded by the Washington State Legislature for the 2019-2021 biennium (Table 1). As a result of the FY20 PST funds, 750,000 hatchery-origin Chinook salmon were released in 2020, 8.25 million are expected to be released in 2021, and 3.9 million Chinook salmon are expected to be released in 2022.

Table 3 describes the hatchery program proposals that were not funded in FY20 and the rationale for our decisions.

Table 4 describes new Chinook hatchery production that is currently being funded by the Bonneville Power Administration, the U.S. Army Corps of Engineers, the U.S. Fish and Wildlife Service, and the Nez Perce Tribe. These entities expect to release a combined 1.0 million additional Chinook salmon in 2021 and 1.91 million in 2022.

**Conclusion**

As a result of the additional funding for hatchery production to support SRKW (FY20 PST funding and 2019-2021 Washington State Legislature funding), over 11.6 million additional hatchery-origin Chinook salmon were released in 2020 and over 18.3 million additional hatchery-origin Chinook salmon are expected to be released in 2021 relative to the base period considered in NMFS' 2019 biological opinion on the delegation of management authority for specified salmon fisheries to the State of Alaska (NMFS 2019; Table 1; Table 2). Furthermore, an additional 1.0 million new Chinook salmon funded through other sources (e.g., Bonneville Power Administration) are also expected to be released in 2021 (Table 4).

---

[1] This priority and associated distribution of PST Implementation Funds will be revisited should Washington State support for Puget Sound hatchery production decline over the duration of Chinook Agreement.

# References

Ad-hoc SRKW Workgroup. 2020. Pacific Fishery Management Council Salmon Fishery Management Plan impacts to Southern Resident Killer Whales. Final Draft Risk Assessment. Pacific Fisheries Management Council. February 2020. 164p.

Dygert, P., A. Purcell, and L. Barre. 2018. Memorandum to Bob Turner (NMFS) from Peter Dygert (NMFS). Hatchery production initiative for increasing prey abundance of Southern Resident Killer Whales. August 1, 2018. NMFS, Seattle, Washington. 3p.

NOAA and WDFW (National Oceanic and Atmospheric Administration and Washington Department of Fish and Wildlife). 2018. Southern Resident Killer Whale Priority Chinook Stocks Report. June 22, 2018. 8p.

NMFS. 2019. Endangered Species Act (ESA) Section 7(a)(2) Biological Opinion and Magnuson-Stevens Fishery Conservation and Management Act Essential Fish Habitat Response. Consultation on the Delegation of Management Authority for Specified Salmon Fisheries to the State of Alaska. NMFS Consultation Number: WCR-2018-10660. April 5, 2019. 443 p.

Washington State Southern Resident Orca Task Force – Report and Recommendations. 2018. November 16, 2018. 148 p.

Table 1. Washington State Funding for SRKW Prey in the 2019-2021 biennium

| Facility | Region | Species | Entity | Increased Proposal | Brood Source | Release Location | 2019 Release | 2020 Release | Anticipated 2021 Release |
|---|---|---|---|---|---|---|---|---|---|
| Kendall | Puget Sound | Sp. CK | WDFW | 500,000 | Kendall | Kendall | 660,527 | 421,381 | 500,000 |
| Whatcom Cr. | Puget Sound | F. CK | WDFW | 500,000 | Samish | Whatcom Cr. | 200,000 | 670,000 | 500,000 |
| Hupp Springs | Puget Sound | Sp. CK | WDFW | 500,000 | Minter | Hupp | 259,873 | 388,909 | 500,000 |
| Samish | Puget Sound | F. CK | WDFW | 1,000,000 | Samish | Samish | 1,089,148 | 1,217,867 | - |
| Wallace River | Puget Sound | Sum. CK | WDFW | 400,000 | Wallace River | Wallace River | - | 260,745 | 500,000 |
| Wallace River | Puget Sound | Sum. CK | WDFW | 100,000 | Wallace River | Wallace River | - | 34,938 | 100,000 |
| Soos/Palmer | Puget Sound | F. CK | WDFW | 2,000,000 | Green River | Palmer | 282,638 | 1,210,986/a | - |
| Marblemount | Puget Sound | Sp. CK | WDFW | 400,000 | Marblemount | Marblemount | - | 203,095 | 410,000 |
| Sol Duc | WA Coast | Sum. CK | WDFW | 500,000 | Sol Duc | Sol Duc | 500,143 | 582,479 | 500,000 |
| Sol Duc | WA Coast | Sum. CK | WDFW | 0 | Sol Duc | Sol Duc | - | - | 75,000 |
| Humptulips * | WA Coast | F. CK | WDFW | 500,000 | Humptulips | Humptulips | - | - | - |
| Minter | Puget Sound | F. CK | WDFW | 400,000 | Minter | Minter | 763,333 | 321,497 | 400,000 |
| Naselle | WA Coast | F. CK | WDFW | 2,500,000 | Naselle | Naselle | - | - | 1,400,000 |
| Forks Creek | WA Coast | F. CK | WDFW | 50,000 | Forks Creek | Forks Creek | 567,560 | 2,278,497 | 400,000 |
| Wells Hatchery | Columbia River | Sum. CK | DPUD | 500,000 | Wells | Wells Hatchery | 0 | 541,299 | 500,000 |
| Quinault Lake | WA Coast | F. CK | Quinault Indian Nation | 500,000 | Quinault | Quinault Lake | - | - | 500,000 |
| Sol Duc/Bear Springs | WA Coast | Sum. CK | Quileute Tribe | 75,000 | Sol Duc | Bear Springs | - | 70,000 | 70,000 |

| Facility | Region | Species | Entity | Increased Proposal | Brood Source | Release Location | 2019 Release | 2020 Release | Anticipated 2021 Release |
|---|---|---|---|---|---|---|---|---|---|
| Wilkeson Creek | Puget Sound | F. CK | Puyallup Tribe of Indians | 1,075,200 | Voights | Wilkeson Creek | - | 728,587 | 1,075,200 |
| White River | Puget Sound | Sp. CK | Muckleshoot Indian Tribes | 200,000 | White River | White River | - | - | 200,000 |
| Squaxin/South Sound Net Pens | Puget Sound | F. CK | Squaxin Island Tribe | 500,000 | Deschutes / Green River | Squaxin/South Sound Net Pens | - | - | - |
| Lummi Bay Hatchery | Puget Sound | Sp. CK | Lummi Nation | 500,000 | Kendall | Lummi Bay | - | 50,000 | 500,000 |
| Skookum Creek | Puget Sound | Early CK | Lummi Nation | 1,000,000 | Skookum Creek | Skookum Cr. | - | 870,000 | 1,000,000 |
| Klickitat Hatchery | Columbia River | F. CK | Yakama Nation | 1,000,000 | Klickitat/Little White | Klickitat River | - | 1,000,000 | 1,000,000 |
| Lewis River | Columbia River | Sp. CK | WDFW | - | Lewis River | Lewis River | 944,425 | | 316,000 |
| **TOTAL** | | | | | | | 4,323,222 | 10,850,280 | 10,130,200 |

[a] Partially funded by PST with FY19 funds
SP CK = spring Chinook; F. CK = fall Chinook; WDFW = Washington Department of Fish and Wildlife

Table 2. Programs that received FY20 PST funding for the Hatchery Production Initiative for SRKW

| Facility | Region | Species | Entity | Increased Proposal | Brood Source | Release Location | 2020 Release | Anticipated 2021 Release/a | Anticipated 2022 Release/a | Operating Cost | Infrastructure Cost | Total Cost | Rational for Funding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tulalip Bernie Gobin Hatchery | Puget Sound | Sum CK | Tulalip Tribe | 1,000,000 | Wallace | Tulalip Bay | - | 1,000,000 | 2,000,000 | $555,914 | $783,414 | $1,339328 | Met Criteria 1, 2, 3, and 5. Criteria 6 is in process. |
| Tulalip Bernie Gobin Hatchery | Puget Sound | Sum CK | RCO overhead | - | N/A | - | - | - | - | - | - | $55,180 | See row above. |
| Soos Creek Hatchery | Puget Sound | F. CK | WDFW | 2,000,000 | Green River | Green River | - | 2,000,000/c | - | $245,559 | - | $245,559 | Met criteria 1, 2, 3, 4, and 5. Criteria 6 is in process. |
| Soos Creek Hatchery | Puget Sound | F. CK | RCO overhead | - | N/A | - | - | - | - | - | - | $10,117 | See row above. |
| Partial funding for NWIFC marking trailer | Puget Sound | All | NWIFC | - | N/A | - | - | - | - | - | $500,000 | $500,000 | Federally funded hatchery production is required to be marked |
| Partial funding for NWIFC marking trailer | Puget Sound | All | RCO overhead | - | N/A | - | - | - | - | - | - | $20,600 | See row above |
| Marion Drain Hatchery | Columbia River | Sum. CK | Yakama Nation | 500,000 | Entiat/ Wells/ Chelan | Yakima River | - | 500,000 | - | $43,000 | - | $43,000 | Met criteria 1-6 |

| Facility | Region | Species | Entity | Increased Proposal | Brood Source | Release Location | 2020 Release | Anticipated 2021 Release/a | Anticipated 2022 Release/a | Operating Cost | Infrastruc-ture Cost | Total Cost | Rational for Funding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Select-Area Fishery Enhancement (SAFE) | Columbia River | Sp. CK | ODFW | 1,320,000/a | Willamette River | Youngs Bay or Tongue Point | - | 1,400,000 | - | $600,000 | - | $600,000 | Met criteria 1 through 5. Criteria 6 is in process. |
| SAFE | Columbia River | Sp. CK | ODFW | 1,500,000 | Willamette River | Youngs Bay or Tongue Point | - | - | 1,500,000 | $251,477/b | - | $251,477 | See row above |
| Umatilla Hatchery | Columbia River | F. CK (URB) | ODFW | 120,000 | Little White | Umatilla River | 120,000 | - | - | $30,000 | _ | $30,000 | Met criteria 1-6 |
| Parkdale Hatchery | Columbia River | Sp. CK | CTWSR | Not enough BS; Funds need to be reallocated | Hood River | N/A | - | - | - | $31,230 | - | $31,230 | Met criteria 1-6 |
| Round Butte Hatchery | Columbia River | Sp. CK | ODFW | Not enough BS. Funds reallocated to Bonneville tules | Deschutes River | N/A | - | - | - | $0 | - | $0 | Met criteria 1-6. |
| Bonneville Hatchery | Columbia River | F. CK (tules) | ODFW | 200,000 | Bonneville Pool | Columbia River | - | 200,000 | - | $25,000 | - | $25,000 | Met criteria 1-6 |
| Wells Hatchery | Columbia River | Sum. CK | DPUD | 500,000 | Wells | Columbia River | - | 500,000 | - | $170,000 | - | $170,000 | Met criteria 1-6 |
| Little White/Willard National Fish Hatchery (NFH) | Columbia River | F. CK (URB) | USFWS | 630,000 | Little White | Little White River | 630,000 | - | - | $200,000 | - | $200,000 | Met criteria 1-6 |

| Facility | Region | Species | Entity | Increased Proposal | Brood Source | Release Location | 2020 Release | Anticipated 2021 Release[a] | Anticipated 2022 Release[a] | Operating Cost | Infrastruc-ture Cost | Total Cost | Rational for Funding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Little White/Willard NFH | Columbia River | F. CK (URB) | USFWS | 650,000 | Little White | Little White River | - | 650,000 | - | $165,000 | $140,000 | $305,000 | Met criteria 1-6 |
| Spring Creek NFH | Columbia River | F. CK (tules) | USFWS | 2,000,000 | Columbia River Gorge tules | Columbia River | - | 2,000,000 | - | $360,000 | $515,000 | $875,000 | Met Criteria 1, 2, 3, 5, and 6. |
| Spring Creek NFH | Columbia River | Sp. CK | USFWS | 400,000 | Spring Chinook | Columbia River | - | - | 400,000 | $160,000 | - | $160,000 | Met criteria 1-6 |
| TOTAL | | | | | | | 750,000 | 8,250,000 | 3,900,000 | $2,585,703 | $1,938,414 | $4,861,491 | |

[a] Tag codes will be available after the fish are tagged. [b] Additional funding will be needed in FY21 to complete rearing and release of these fish. [c] Partially funded by WDFW
RCO = WA's Recreation and Conservation Office; CTWSR = Confederated Tribes of the Warm Springs Reservation of Oregon; DPUD = Douglas Public Utility District; USFWS = United States Fish and Wildlife Service; ODFW = Oregon Fish and Wildlife Service; NWIFC = Northwest Indian Fisheries Commission; BS = broodstock; URB = Upriver Bright fall Chinook salmon; NFH = National Fish Hatchery; SP CK = spring Chinook; F. CK = fall Chinook

Table 3. Hatchery programs selected as alternates to receive FY20 PST funds for the Hatchery Production Initiative for SRKW

| Facility | Region | Species | Entity | Brood Year | Increased Proposal | Release Year | Operating Cost | Infrastructure Cost | RCO Overhead | Total Cost | Rational for Not Funding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Makah National Fish Hatchery | WA Coast | F. CK | USFWS | 2020 | 500,000 | 2021 | $500,000 | - | $20,600 | $520,600 | We would not be able to complete a NEPA analysis in time to use the funds (i.e., could not meet criteria 6). The cost of producing these fish is also high. |
| Quinault Lake Hatchery | WA Coast | F. CK | Quinault Indian Nation | - | - | - | - | $110,000 | $4,532 | $114,532 | We would not be able to complete a NEPA analysis in time to use the funds (i.e., could not meet criteria 6). |
| SAFE | Columbia River | Sp. CK | ODFW | 2020 | - | 2022 | $535,000 | - | - | $535,000 | This is the second year of funding BY20 SAFE spring Chinook. Expect to fund this in FY21. |
| SAFE | Columbia River | Sp. CK | ODFW | 2020 | 750,000 | 2022 | $365,000 | - | - | $365,000 | We are already funding many SAFE spring Chinook. We decided to focus on other programs to ensure a portfolio of stocks for SRKW (criteria 2) |
| Spring Creek NFH | Columbia River | F. CK | USFWS | - | - | - | - | $300,000 | - | $300,000 | The proposal was for full funding for a generator, which is needed for increased production at Spring Creek NFH. This portion of the cost of the generator was not funded with PST funds, but USFWS and NMFS split the remaining cost for the generator, and NMFS funded its portion with non-PST funds. |
| Carson NFH | Columbia River | Sp. CK | USFWS | 2020 | 100,000 | 2022 | $40,000 | - | - | $40,000 | Proposal was not submitted in time to be considered by the US v OR parties (i.e., did not meet criteria 5). |
| Issaquah Hatchery | Puget Sound | F. CK | WDFW | 2020 | 1,000,000 | 2021 | $153,384 | - | $6,319 | $159,704 | We would not be able to complete an ESA and NEPA analysis in time to use the |

| Facility | Region | Species | Entity | Brood Year | Increased Proposal | Release Year | Operating Cost | Infrastructure Cost | RCO Overhead | Total Cost | Rational for Not Funding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | funds (i.e., could not meet criteria 6). |
| Sawtooth Hatchery | Columbia River | Sp. CK | IDFG | 2020 | 500,000 | 2022 | $107,500 | $2,500,000 | - | $2,607,500 | Capital upgrades were too expensive (i.e., did not meet criteria 4). |

11

Table 4. New hatchery production for Chinook salmon that is being funded by other entities outside of WDFW and PST

| Facility | Region | Species | Entity | Release Location | Anticipated 2021 Release | Anticipated 2022 Release | Funding Source |
|---|---|---|---|---|---|---|---|
| Ringold Hatchery | Columbia River | F. CK (URB) | WDFW | Columbia River | 1,000,000 | 1,000,000 | U.S. COE |
| Bonneville/ Carson/ Walla Walla Hatcheries | Columbia River | Sp. CK | Variable | Walla Walla and Touchet Rivers | - | 410,000 | BPA |
| Dworshak Hatchery | Columbia River | Sp. CK | USFWS/NPT | Clearwater River | - | 500,000 | USFWS/NPT |
| TOTAL | | | | | 1,000,000 | 1,910,000 | |

F. CK = Fall Chinook, Sp. CK = spring Chinook, U.S. COE = United States Corps of Engineers, USFWS = United States Fish and Wildlife Service; NPT = Nez Perce Tribe