UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>              Plaintiff,<br><br>    v.<br><br>BARRY THOM, *et al.*,<br><br>              Defendants,<br><br>    and<br><br>ALASKA TROLLERS ASSOCIATION and STATE OF ALASKA,<br><br>              Defendant-Intervenors. | Case No. C20-417-RAJ-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

The Court held oral argument on July 27, 2021 regarding Plaintiff's Motion for Summary Judgment (dkt. # 91), Defendants' Cross-Motion for Summary Judgment (dkt. # 93), Defendant-Intervenor Alaska Trollers Association's Cross-Motion for Summary Judgment (dkt. # 92), and Defendant-Intervenor State of Alaska's Cross-Motion for Summary Judgment (dkt. # 94). At oral argument, Plaintiff presented argument based on a recent Ninth Circuit decision.

MINUTE ORDER - 1

*Ctr. for Biological Diversity v. Haaland*, 998 F.3d 1061 (9th Cir. 2021). Accordingly, the Court hereby ORDERS the parties to each submit a supplemental brief regarding on the Government's change of position as to the ramifications of *Ramsey v. Kantor*, 96 F.3d 434 (9th Cir. 1996) from the 2003 Environmental Impact Statement (AR 47953) to the 2019 biological opinion pursuant to *Haaland*. The briefs shall be no more than **five (5)** pages each, excluding certificates of service, and submitted no later than close of business on **August 6, 2021**.

The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 28th day of July, 2021.

Ravi Subramanian
Clerk of Court

By: Tim Farrell
Deputy Clerk

MINUTE ORDER - 2