HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILD FISH CONSERVANCY

    Plaintiff,

  v.

BARRY THOM, et al.,

    Defendants,

  and

ALASKA TROLLERS ASSOCIATION
and STATE OF ALASKA,

    Defendants.

Case No. 20-cv-417-RAJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

    (1) The Report and Recommendation is approved and adopted;

    (2) Plaintiff's Motion for Summary Judgment (Dkt. # 91) is GRANTED. Judge Peterson will submit an additional report and recommendation to the Court considering an appropriate remedy for Defendants' violations of section 7(a)(2) of the Endangered Species Act and the National Environmental Policy Act.

    (3) Defendants' Cross-Motion (Dkt. # 93), Defendant-Intervenors Alaska Trollers Association's Cross-Motion (Dkt. # 92), and the State of Alaska's Cross-Motion (Dkt. #

ORDER – 1

94) are DENIED; and

    (4) The Clerk is directed to send copies of this Order to the parties.

DATED this 8th day of August, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2