HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT RUMSEY, in his official capacity as Acting Regional Administrator for the National Marine Fisheries Service, *et al.*,[1]<br><br>    Defendants,<br><br>and<br><br>ALASKA TROLLERS ASSOCIATION, and STATE OF ALASKA,<br><br>    Defendant-Intervenors. | Case No. C20-417-RAJ-MLP<br><br>STIPULATED MOTION ON REMEDY BRIEFING AND ORDER<br><br>NOTE ON MOTION CALENDAR:<br>September 2, 2022 |

---

[1] Scott Rumsey, the current Acting Regional Administrator for the National Marine Fisheries Service, is substituted for Barry Thom under Federal Rule of Civil Procedure 25(d).

STIPULATED MOTION ON REMEDY
BRIEFING AND ORDER - 1
Case No. C20-417-RAJ-MLP

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7(d) and (e), the Parties hereby stipulate and request the Court enter an order modifying the remedy briefing schedule and length of briefing as follows:

| Motion/Brief | Deadline | Page Limits |
|---|---|---|
| Plaintiff's Motion for Relief | September 7, 2022 | 24 pages |
| Defendants' Response Brief | October 3, 2022 | 24 Pages |
| Defendant-Intervenor Alaska Trollers Association's Response Brief | October 3, 2022 | 24 Pages |
| Defendant-Intervenor State of Alaska's Response Brief | October 3, 2022 | 24 Pages |
| Plaintiff's Combined Reply Brief to Defendants' and Defendant-Intervenors' Response Briefs | October 14, 2022 | 24 Pages |

Respectfully submitted this 2nd day of September 2022.

KAMPMEIER & KNUTSEN, PLLC

By: *s/ Emma Bruden*
Brian Knutsen, WSBA No. 38806
Emma Bruden, WSBA No. 56280
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
Tel: (503) 841-6515 (Knutsen)
      (503) 719-5641 (Bruden)
Email: brian@kampmeierknutsen.com
       emma@kampmeierknutsen.com

Paul A. Kampmeier, WSBA No. 31560
811 First Avenue, Suite 468
Seattle Washington 98104
Tel: (206) 858-6983
Email: paul@kampmeierknutsen.com

CORR CRONIN, LLP

Eric A. Lindberg, WSBA No. 43596
Benjamin C. Byers, WSBA No. 52299

By: *s/ Frederick H. Turner*
Frederick H. Turner
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resource Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0641
Fax: (202) 305-0275
Email: Frederick.turner@usdoj.gov

Coby Howell
Senior Trial Attorney
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, Oregon 97204-2902
Tel: (503) 727-1023 | Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Counsel for Defendants*

STIPULATED MOTION ON REMEDY
BRIEFING AND ORDER - 2
Case No. C20-417-RAJ-MLP

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600

| | |
|---|---|
| 1001 Fourth Avenue, Suite 3900<br>Seattle, Washington  98154<br>Tel: (206) 625-8600<br>Email: elindberg@corrcronin.com<br>       bbyers@corrcronin.com<br><br>*Counsel for Plaintiff Wild Fish Conservancy* | NORTHWEST RESOURCE LAW PLLC<br><br>*/s/ Douglas J. Steding*<br>Douglas J. Steding, WSBA #37020<br>dsteding@nwresourcelaw.com<br>206.971.1567<br>Greg A. Hibbard, OSB #183602 (*pro hac vice*)<br>ghibbard@ nwresourcelaw.com<br>503.664.3583<br><br>*Counsel for Defendant-Intervenor Alaska Trollers Association*<br><br>TREG R. TAYLOR<br>ATTORNEY GENERAL<br><br>*s/ Aaron C. Peterson*<br>Aaron C. Peterson<br>Senior Assistant Attorney General<br>Department of Law<br>1031 West Fourth Avenue, Ste. 200<br>Anchorage, AK  99501<br>Telephone: (907) 269-5232<br>Facsimile: (907) 276-3697<br>Email: aaron.peterson@alaska.gov<br><br>*Counsel for Defendant-Intervenor State of Alaska* |

STIPULATED MOTION ON REMEDY BRIEFING AND ORDER - 3
Case No. C20-417-RAJ-MLP

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600

# ORDER

The Court orders the following schedule and briefing limits:

| Motion/Brief | Deadline | Page Limits |
|---|---|---|
| Plaintiff's Motion for Relief | September 7, 2022 | 24 pages |
| Defendants' Response Brief | October 3, 2022 | 24 Pages |
| Defendant-Intervenor Alaska Trollers Association's Response Brief | October 3, 2022 | 24 Pages |
| Defendant-Intervenor State of Alaska's Response Brief | October 3, 2022 | 24 Pages |
| Plaintiff's Combined Reply Brief to Defendants' and Defendant-Intervenors' Response Briefs | October 14, 2022 | 24 Pages |

IT IS SO ORDERED.

DATED this 2nd day of September 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION ON REMEDY BRIEFING AND ORDER - 4
Case No. C20-417-RAJ-MLP

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600