The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SCOTT RUMSEY, et al.,<br><br>　　　　　Defendants,<br><br>and<br><br>ALASKA TROLLERS ASSOCIATION and STATE OF ALASKA,<br><br>　　　　　Intervenor-Defendants. | Case No. 2:20-cv-00417-RAJ-MLP<br><br>ORDER GRANTING THE ALASKA CONGRESSIONAL DELEGATION LEAVE TO FILE AMICI CURIAE BRIEF |

　　　The Alaska Congressional Delegation's unopposed motion for leave to file (Dkt. # 159) is GRANTED. The Alaska Congressional Delegation is directed to file its Amici Curiae Brief in Support of Defendants and Intervenor-Defendants in the form attached to its motion. Any response brief in opposition to the Amici Curiae brief shall be filed within seven days of the filing date of the Amici Curiae brief, and shall be limited to the length of, and arguments raised in, the Amici Curiae brief.

　　　DATED this 13th day of March, 2023.

*[signature: Richard A. Jones]*
The Honorable Richard A. Jones
United States District Judge

ORDER
No. 2:20-cv-00417-RAJ-MLP - 1