Honorable Richard A. Jones
Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, | CASE NO: 2:20-cv-00417-RAJ-MLP |
| Plaintiff, | **AMENDED NOTICE OF APPEAL** |
| v. | |
| SCOTT RUMSEY, in his official capacity as Acting Regional Administrator for the National Marine Fisheries Service, *et al.*, | |
| Defendants, | |
| and | |
| ALASKA TROLLERS ASSOCIATION and STATE OF ALASKA, | |
| Defendant-Intervenors. | |

STATE'S AMENDED NOTICE OF APPEAL
Case No. 2:20-cv-00417-RAJ-MPL

Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: 206.395.7630/Fax: 206.257.0780

Amended notice is hereby given that the State of Alaska, Defendant-Intervenor in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's following orders and judgment in this matter:

1. Report and Recommendation entered in this action on September 27, 2021 (ECF No. 165);

2. Order Adopting Report and Recommendation entered in this action on August 8, 2022 (ECF No. 122);

3. Report and Recommendation entered in this action on December 13, 2022 (ECF No. 144);

4. Order Adopting Report and Recommendation entered in this action on May 2, 2023 (ECF No. 165); and

5. Judgment in a Civil Case entered in this action on May 4, 2023 (ECF No. 169).

Pursuant to the Ninth Circuit Court of Appeals Rule 3-2, a Representation Statement is attached.

Dated: June 12, 2023

NOSSAMAN LLP
BRIAN FERRASCI-O'MALLEY
By: /s/Brian Ferrasci-O'Malley
Brian Ferrasci-O'Malley, WSBA #46721
719 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: 206.395.7622
bferrasciomalley@nossaman.com

TREG R. TAYLOR
ATTORNEY GENERAL
By: /s/Aaron C. Peterson
Aaron C. Peterson, Alaska Bar No. 1011087
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Tel: 907.269.5232
aaron.peterson@alaska.gov
Attorneys for State of Alaska

STATE'S AMENDED NOTICE OF APPEAL - 1
Case No. 2:20-cv-00417-RAJ-MPL

Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA  98104
Tel: 206.395.7630/Fax: 206.257.0780

# REPRESENTATION STATEMENT

**Counsel for Intervenor-Defendant State of Alaska**

Aaron Peterson
Laura Wolff
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5100
Email: aaron.peterson@alaska.gov
         laura.wolff@alaska.gov

**Counsel for Intervenor-Defendant Alaska Trollers Association**

Douglas Steding
Greg A Hibbard
Northwest Resource Law PLLC
71 Columbia St Ste 325
Seattle, WA 98104
Telephone: (206) 971-1568
Email: steding@nwresourcelaw.com
         ghibbard@nwresourcelaw.com

**Counsel for Wild Fish Conservancy**

Brian A. Knutsen
Emma Bruden
Kampmeier & Knutsen
1300 SE Stark Street, Suite 202
Portland, OR 97214
Telephone: (503) 841.6515
Email: brian@kampmeierknutsen.com,
         emma@kampmeierknutsen.com;

Paul Kampmeier
Kampmeier & Knutsen
811 First Avenue, Suite 468
Seattle, WA 98104
Telephone: (206) 858.6983
Email: paul@kampmeierknutsen.com

STATE'S AMENDED NOTICE OF APPEAL - 2
Case No. 2:20-cv-00417-RAJ-MPL

Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA  98104
Tel:  206.395.7630/Fax: 206.257.0780

Eric A. Lindberg
Benjamin C. Byers
CORR CRONIN, LLP
1001 4th Avenue, Suite 3900
Seattle, WA 98154-1051
Telephone: (206) 625.8600
Email: elindberg@corrcronin.com,
       bbyers@corrcronin.com

**Counsel for Federal Defendants Scott Rumsey, in his official capacity as Regional Administrator of the National Marine Fisheries Service; Chris Oliver, in his official capacity as the Assistant Administrator for Fisheries of the National Marine Fisheries Service; National Marine Fisheries Service; Gina Raimondo., in her official capacity as Secretary of the United States Department of Commerce; and United States Department of Commerce**

Frederick Turner
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0641
Email: frederick.turner@usdoj.gov

Coby Howell
Senior Trial Attorney
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, Oregon 97204-2902
Telephone: (503) 727-1023
Email: coby.howell@usdoj.gov

STATE'S AMENDED NOTICE OF APPEAL - 3
Case No. 2:20-cv-00417-RAJ-MPL

Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA  98104
Tel:  206.395.7630/Fax: 206.257.0780

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

*/s/ Brian Ferrasci-O'Malley*
Brian Ferrasci-O'Malley

STATE'S AMENDED NOTICE OF APPEAL - 4
Case No. 2:20-cv-00417-RAJ-MPL

Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: 206.395.7630/Fax: 206.257.0780