HONORABLE MICHELLE L. PETERSON

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14
15
16
17
18
19
20
21

WILD FISH CONSERVANCY,                )
                                      )    Case No. 2:20-cv-00417-RAJ-MLP
        Plaintiff,                    )
                                      )    **[PROPOSED]** ORDER GRANTING
v.                                    )    PLAINTIFF'S MOTION FOR AN
                                      )    AWARD OF FEES AND COSTS
JENNIFER QUAN, in her official capacity )
as Acting Regional Administrator for the )
National Marine Fisheries Service, *et al.*, )
                                      )
        Defendants,                   )
                                      )
and                                   )
                                      )
ALASKA TROLLERS ASSOCIATION,          )
and STATE OF ALASKA,                  )
                                      )
        Defendant-Intervenors.        )
_____)

22    **BEFORE THE COURT** is Plaintiff's Motion for an Award of Fees and Costs, Dkt. 202

23  ("Motion"). Plaintiff Wild Fish Conservancy requests an order awarding it fees and costs against

24  Federal Defendants National Marine Fisheries Service, et al. ("NMFS") under the Equal Access

25  to Justice Act ("EAJA"), 28 U.S.C. § 2412, and the citizen suit provision of the Endangered

26  Species Act ("ESA"), 16 U.S.C. § 1540(g), totaling $2,278,891.00 plus those fees and costs

27  incurred between the filing of the Motion and a final ruling thereon. The Court has reviewed the

28
29

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600

Motion, response brief, and reply brief submitted by the Parties, as well as the supporting declarations and exhibits.

Being fully advised as to the arguments of the Parties, the Court rules as follows:

1.    Plaintiff Wild Fish Conservancy prevailed on all claims in this matter and was awarded relief, thereby achieving a degree of success;

2.    Defendant NMFS's position in this matter was not substantially justified under EAJA, 28 U.S.C. § 2412(d)(1)(A);

3.    Plaintiff Wild Fish Conservancy qualifies as a "party" that may be awarded fees and costs under EAJA, 28 U.S.C. § 2412(d)(2)(B);

4.    Plaintiff Wild Fish Conservancy therefore is entitled to an award of fees and costs under EAJA and the ESA;

5.    Plaintiff Wild Fish Conservancy's requested lodestar award of hours expended and hourly rates is reasonable;

6.    The Court has considered the factors articulated in *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67 (9th Cir. 1975), with particular focus on "the amount involved and the results obtained," and has determined that the circumstances do not justify deviation from the reasonable lodestar and instead warrant a fully compensatory fee award; and

7.    Plaintiff Wild Fish Conservancy's expert witness fees and costs are reasonable.

Accordingly, the Court hereby **GRANTS** Plaintiff's Motion for an Award of Fees and Costs. Defendant NMFS is hereby ordered to make the full payment requested in the Reply in Support of Plaintiff's Motion for an Award of Fees and Costs to Plaintiff Wild Fish Conservancy within fourteen (14) days of this order.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2025.

_____
The Honorable Michelle L. Peterson
United States Magistrate Judge

**[PROPOSED]** ORDER - 2
Case No. 2:20-cv-00417-RAJ-MLP

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600

1

Presented by:

2

KAMPMEIER & KNUTSEN, PLLC

3

By: s/ Brian A. Knutsen

4

Brian A. Knutsen, WSBA No. 38806
1300 S.E. Stark Street, Suite 202

5

Portland, Oregon 97214
Tel: (503) 841-6515

6

Email: brian@kampmeierknutsen.com

7

*Attorneys for Plaintiff Wild Fish Conservancy*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

**[PROPOSED]** ORDER - 3
Case No. 2:20-cv-00417-RAJ-MLP

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600