HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>    Plaintiff,<br><br>v.<br><br>JENNIFER QUAN, in her official capacity as Regional Administrator for the National Marine Fisheries Service, *et al.*,<br><br>    Defendants,<br><br>and<br><br>ALASKA TROLLERS ASSOCIATION, and STATE OF ALASKA,<br><br>    Defendant-Intervenors. | Case No. 2:20-cv-00417-RAJ-MLP<br><br>PLAINTIFF'S STATUS REPORT FOR MOTION FOR AN AWARD OF FEES AND COSTS |

    Plaintiff Wild Fish Conservancy ("Conservancy") filed its Motion for an Award of Fees and Costs on December 12, 2024 ("Motion"). Dkt. No. 202. The Conservancy explained at that time that it had conferred with Federal Defendants prior to filing the Motion, that the parties were expected to continue to explore settlement "during the next several weeks," and that the Conservancy would "promptly notify the Court if a settlement is reached." Dkt. No. 206 ¶ 3. The Conservancy hereby notifies the Court that settlement efforts have been exhausted and that the

PLAINTIFF'S STATUS REPORT FOR MOTION FOR FEES AND COSTS - 1
Case No. 2:20-cv-00417-RAJ-MLP

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600

parties were unable to resolve the Motion.

Respectfully submitted this 2nd day of April 2025.

| KAMPMEIER & KNUTSEN, PLLC | CORR CRONIN, LLP |
|---|---|
| By: s/ Brian A. Knutsen<br>Brian A. Knutsen, WSBA No. 38806<br>Emma A. O. Bruden, WSBA No. 56280<br>1300 S.E. Stark Street, Suite 202<br>Portland, Oregon 97214<br>Tel: (503) 841-6515 (Knutsen)<br>     (503) 719-5641 (Bruden)<br>Email: brian@kampmeierknutsen.com<br>        emma@kampmeierknutsen.com<br><br>Paul A. Kampmeier, WSBA No. 31560<br>Erica L. Proulx, WSBA No. 60155<br>705 Second Avenue, Suite 901<br>Seattle Washington 98104<br>Tel: (206) 858-6983 (Kampmeier)<br>     (206) 739-5184 (Proulx)<br>Email: paul@kampmeierknutsen.com<br>        erica@kampmeierknutsen.com | Eric A. Lindberg, WSBA No. 43596<br>1001 Fourth Avenue, Suite 3900<br>Seattle, Washington 98154<br>Tel: (206) 625-8600<br>Email: elindberg@corrcronin.com |

PLAINTIFF'S STATUS REPORT FOR MOTION FOR FEES AND COSTS - 2
Case No. 2:20-cv-00417-RAJ-MLP

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600