UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>                Plaintiff,<br><br>   v.<br><br>BARRY THOM, *et al.*,<br><br>                Defendants. | Case No. C20-417-RAJ-MLP<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Plaintiff is entitled to an award of $1,596,914.98 in attorneys' fees and $42,410.08 in costs.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this __ day of [Pick the date].

                                                                         RICHARD A. JONES
                                                                     United States District Judge

ORDER - 1