# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BARRY THOM, *et al.*,<br><br>　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C20-417-RAJ-MLP |

\_\_\_　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　X　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　　THE COURT HAS ORDERED THAT

Plaintiff is entitled to an award of $1,596,914.98 in attorneys' fees and $42,410.08 in costs.

　　　Dated _____, 2025.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Tim Farrell
　　　　　　　　　　　　　　　　　　　Deputy Clerk