HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>Plaintiff,<br><br>v.<br><br>BARRY THOM, *et al.*,<br><br>Defendants. | CASE NO. 2:20-cv-00417-RAJ-MLP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

//
//
//
//
//
//
//
//

ORDER - 1

The Court, having reviewed *de novo* the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, the objections and responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff is entitled to an award of $1,596,914.98 in attorneys' fees and $42,410.08 in costs incurred through its reply in support of its motion for an award of fees and costs (the "Reply").

(3) Plaintiff is entitled to an additional award of $36,299 in attorneys' fees incurred between the Reply and this order.[1]

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 21st day of November, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

---

[1] For the reasons stated in the R&R, the Court finds the hourly rates reasonable. In addition, the Court finds the hours worked are supported by counsel's declaration and are reasonable in light of the number and complexity of issues raised in the parties' objections to the R&R and response briefs.

ORDER - 2