# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>    Plaintiff,<br><br>v.<br><br>BARRY THOM, *et al.*,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  2:20-cv-00417-RAJ |

____    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**  X  **    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiff is entitled to an award of $1,596,914.98 in attorneys' fees and $42,410.08 in costs.

Plaintiff is entitled to an additional award of $36,299.00 in attorneys' fees incurred between the Reply and the Court's order of November 21, 2025.

DATED this day of 24th day of November, 2025.

                                RAVI SUBRAMANIAN
                                Clerk of the Court

                        By:    */s/ Victoria Ericksen*
                                Deputy Clerk